United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-1106

_____

Myron Koerner,                             *
                                           *
            Appellant,                      *
                                           *   Appeal from the United States
      v.                                    *   District Court for the
                                           *   Western District of Missouri.
Marvin T. Runyon, Postmaster General       *
of the United States Postal Service,        *        [UNPUBLISHED]
                                           *
            Appellee.                       *

_____

Submitted: June 12, 1997
Filed:  June 24, 1997

_____

Before BOWMAN, FLOYD R. GIBSON, and MORRIS SHEPPARD ARNOLD,
      Circuit Judges.

_____

PER CURIAM.

      Myron Koerner, the plaintiff below, appeals the order of the District Court[1]
granting the motion of the defendant, the Postmaster General, for summary judgment
in this action brought under the Rehabilitation Act of 1973, 29 U.S.C. §§ 701-797b
(1994).  Koerner challenges the court's decision in a variety of ways.  Having reviewed
the case, we conclude that the District Court did not err.  Koerner has offered no

_____

[1]The Honorable D. Brook Bartlett, Chief Judge, United States District Court for
the Western District of Missouri.

evidence to show that he is "otherwise qualified" for either of the existing positions in question or that reasonable accommodation is possible. We reject as legally meritless his argument that the Postal Service had a duty to create for him a position comparable to the high-level management position he once held. Similarly, he has shown no basis upon which a court could find that he was a victim of unlawful discrimination. Accordingly, the order of the District Court is

AFFIRMED. <u>See</u> 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-